39476

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Cindy L Campbell, 4816 NE County Line Road, St. Joseph, MO 64505 | | | | | ***-**-6906 | Married/Married, Spouse Works | Fed-1/0/MO-1/0 |
| | | | | | Pay Period: 06/08/2015 - 06/21/2015 | | Pay Date: 06/22/2015 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 57:22 | 20.00 | 1,147.33 | 7,323.33 |
| Hourly Rate - Holiday | | | 0.00 | 160.00 |
| | 57:22 | | 1,147.33 | 7,483.33 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -66.00 | -498.00 |
| Social Security Employee | -71.14 | -463.97 |
| Medicare Employee | -16.64 | -108.51 |
| MO - Withholding | -37.00 | -251.00 |
| | -190.78 | -1,321.48 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Health Insurance | -630.96 | -1,261.92 |
| Life Insurance | -3.23 | -6.46 |
| | -634.19 | -1,268.38 |

| Net Pay | 322.36 | 4,893.47 |

Northwest Missouri Oral & Maxillofacial Surgery

# NORTHWEST MISSOURI ORAL AND MAXILLOFACIAL SURGERY

39476

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Cindy L Campbell, 4816 NE County Line Road, St. Joseph, MO 64505 | | | | | ***-**-6906 | Married/Married, Spouse Works | Fed-1/0/MO-1/0 |
| | | | | | Pay Period: 06/08/2015 - 06/21/2015 | | Pay Date: 06/22/2015 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 57:22 | 20.00 | 1,147.33 | 7,323.33 |
| Hourly Rate - Holiday | | | 0.00 | 160.00 |
| | 57:22 | | 1,147.33 | 7,483.33 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -66.00 | -498.00 |
| Social Security Employee | -71.14 | -463.97 |
| Medicare Employee | -16.64 | -108.51 |
| MO - Withholding | -37.00 | -251.00 |
| | -190.78 | -1,321.48 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Health Insurance | -630.96 | -1,261.92 |
| Life Insurance | -3.23 | -6.46 |
| | -634.19 | -1,268.38 |

| Net Pay | 322.36 | 4,893.47 |

Northwest Missouri Oral & Maxillofacial Surgery
DELUXE CORP  1+800-328-0304  www.deluxeforms.com

PAYMENT RECORD

39453

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Cindy L Campbell, 4816 NE County Line Road, St. Joseph, MO 64505 | | | | | ***-**-6906 | Married/Married, Spouse Works | Fed-1/0/MO-1/0 |
| | | | | | Pay Period: 06/01/2015 - 06/14/2015 | | Pay Date: 06/08/2015 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 59:49 | 20.00 | 1,196.33 | 6,176.00 |
| Hourly Rate - Holiday | 8:00 | 20.00 | 160.00 | 160.00 |
| | 67:49 | | 1,356.33 | 6,336.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -95.00 | -432.00 |
| Social Security Employee | -84.09 | -392.83 |
| Medicare Employee | -19.66 | -91.87 |
| MO - Withholding | -48.00 | -214.00 |
| | -246.75 | -1,130.70 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Health Insurance | -630.96 | -630.96 |
| Life Insurance | -3.23 | -3.23 |
| | -634.19 | -634.19 |

| Net Pay | 475.39 | 4,571.11 |
|---|---|---|

Northwest Missouri Oral & Maxillofacial Surgery

# NORTHWEST MISSOURI ORAL AND MAXILLOFACIAL SURGERY

39453

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Cindy L Campbell, 4816 NE County Line Road, St. Joseph, MO 64505 | | | | | ***-**-6906 | Married/Married, Spouse Works | Fed-1/0/MO-1/0 |
| | | | | | Pay Period: 06/01/2015 - 06/14/2015 | | Pay Date: 06/08/2015 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 59:49 | 20.00 | 1,196.33 | 6,176.00 |
| Hourly Rate - Holiday | 8:00 | 20.00 | 160.00 | 160.00 |
| | 67:49 | | 1,356.33 | 6,336.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -95.00 | -432.00 |
| Social Security Employee | -84.09 | -392.83 |
| Medicare Employee | -19.66 | -91.87 |
| MO - Withholding | -48.00 | -214.00 |
| | -246.75 | -1,130.70 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Health Insurance | -630.96 | -630.96 |
| Life Insurance | -3.23 | -3.23 |
| | -634.19 | -634.19 |

| Net Pay | 475.39 | 4,571.11 |
|---|---|---|

PAYMENT RECORD

Northwest Missouri Oral & Maxillofacial Surgery
DELUXE CORP  1+800-328-0304  www.deluxeforms.com

# NORTHWEST MISSOURI ORAL AND MAXILLOFACIAL SURGERY

39361

| Employee | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| Cindy L Campbell, 4816 NE County Line Road, St. Joseph, MO 64505 | ***-**-6906 | Married/Married, Spouse Works | Fed-1/0/MO-1/0 |
| | | Pay Period: 05/11/2015 - 05/24/2015 | Pay Date: 05/22/2015 |

**Earnings and Hours**

| | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 75:05 | 20.00 | 1,501.67 | 4,979.67 |

**Taxes**

| | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | -337.00 |
| Federal Withholding | -117.00 | -308.74 |
| Social Security Employee | -93.10 | -72.21 |
| Medicare Employee | -21.78 | -166.00 |
| MO - Withholding | -55.00 | -883.95 |
| | -286.88 | |

**Net Pay**  1,214.79    4,095.72

---

# NORTHWEST MISSOURI ORAL AND MAXILLOFACIAL SURGERY

39361

| Employee | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| Cindy L Campbell, 4816 NE County Line Road, St. Joseph, MO 64505 | ***-**-6906 | Married/Married, Spouse Works | Fed-1/0/MO-1/0 |
| | | Pay Period: 05/11/2015 - 05/24/2015 | Pay Date: 05/22/2015 |

**Earnings and Hours**

| | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 75:05 | 20.00 | 1,501.67 | 4,979.67 |

**Taxes**

| | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | -337.00 |
| Federal Withholding | -117.00 | -308.74 |
| Social Security Employee | -93.10 | -72.21 |
| Medicare Employee | -21.78 | -166.00 |
| MO - Withholding | -55.00 | -883.95 |
| | -286.88 | |

**Net Pay**  1,214.79    4,095.72

*PAYMENT RECORD*

Northwest Missouri Oral & Maxillofacial Surgery
DELUXE.com  1+800-328-0304  www.deluxeforms.com

| Employee | | | | | SSN | Status (Fed/State) | | 39327 |
|---|---|---|---|---|---|---|---|---|
| Cindy L Campbell, 4816 NE County Line Road, St. Joseph, MO 64505 | | | | | ***-**-6906 | Married/Married, Spouse Works | | |
| | | | | | Pay Period: 04/27/2015 - 05/10/2015 | | Allowances/Extra | |
| Earnings and Hours | Hours | Rate | Current | YTD Amount | | | Fed-1/0/MO-1/0 | |
| Hourly Rate | 65:21 | 20.00 | 1,307.00 | 3,478.00 | | | Pay Date: 05/11/2015 | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -88.00 | -220.00 |
| Social Security Employee | -81.04 | -215.64 |
| Medicare Employee | -18.95 | -50.43 |
| MO - Withholding | -45.00 | -111.00 |
| | -232.99 | -597.07 |
| Net Pay | 1,074.01 | 2,880.93 |

Northwest Missouri Oral & Maxillofacial Surgery

## NORTHWEST MISSOURI ORAL AND MAXILLOFACIAL SURGERY

| Employee | | | | | SSN | Status (Fed/State) | | 39327 |
|---|---|---|---|---|---|---|---|---|
| Cindy L Campbell, 4816 NE County Line Road, St. Joseph, MO 64505 | | | | | ***-**-6906 | Married/Married, Spouse Works | | |
| | | | | | Pay Period: 04/27/2015 - 05/10/2015 | | Allowances/Extra | |
| Earnings and Hours | Hours | Rate | Current | YTD Amount | | | Fed-1/0/MO-1/0 | |
| Hourly Rate | 65:21 | 20.00 | 1,307.00 | 3,478.00 | | | Pay Date: 05/11/2015 | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -88.00 | -220.00 |
| Social Security Employee | -81.04 | -215.64 |
| Medicare Employee | -18.95 | -50.43 |
| MO - Withholding | -45.00 | -111.00 |
| | -232.99 | -597.07 |
| Net Pay | 1,074.01 | 2,880.93 |

**PAYMENT RECORD**

Northwest Missouri Oral & Maxillofacial Surgery
DELUXE CORP  1+800-328-0304  www.deluxeforms.com

**Employee**
Cindy L Campbell, 4816 NE County Line Road, St. Joseph, MO 64505

**SSN** ***-**-6906

**Status (Fed/State)** Married/Married, Spouse Works

**Pay Period:** 04/13/2015 - 04/26/2015

**Allowances/Extra** Fed-1/0/MO-1/0

**Pay Date:** 04/27/2015

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 71:30 | 20.00 | 1,430.00 | 2,171.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -106.00 | -132.00 |
| Social Security Employee | -88.66 | -134.60 |
| Medicare Employee | -20.74 | -31.48 |
| MO - Withholding | -51.00 | -66.00 |
| | -266.40 | -364.08 |

Net Pay                            1,163.60       1,806.92

---

Northwest Missouri Oral & Maxillofacial Surgery

# NORTHWEST MISSOURI ORAL AND MAXILLOFACIAL SURGERY

**Employee**
Cindy L Campbell, 4816 NE County Line Road, St. Joseph, MO 64505

**SSN** ***-**-6906

**Status (Fed/State)** Married/Married, Spouse Works

**Pay Period:** 04/13/2015 - 04/26/2015

**Allowances/Extra** Fed-1/0/MO-1/0

**Pay Date:** 04/27/2015

39288

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 71:30 | 20.00 | 1,430.00 | 2,171.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -106.00 | -132.00 |
| Social Security Employee | -88.66 | -134.60 |
| Medicare Employee | -20.74 | -31.48 |
| MO - Withholding | -51.00 | -66.00 |
| | -266.40 | -364.08 |

Net Pay                            1,163.60       1,806.92

**PAYMENT RECORD**

Northwest Missouri Oral & Maxillofacial Surgery
DELUXE CORP  1+800-328-0304  www.deluxeforms.com

## NORTHWEST MISSOURI ORAL AND MAXILLOFACIAL SURGERY

39236

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Cindy L Campbell, 4816 NE County Line Road, St. Joseph, MO 64505 | | | | | ***-**-6906 | Married/Married, Spouse Works | Fed-1/0/MO-1/0 |
| | | | | | Pay Period: 04/13/2015 - 04/26/2015 | | Pay Date: 04/13/2015 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 37:03 | 20.00 | 741.00 | 741.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -26.00 | -26.00 |
| Social Security Employee | -45.94 | -45.94 |
| Medicare Employee | -10.74 | -10.74 |
| MO - Withholding | -15.00 | -15.00 |
| | -97.68 | -97.68 |

| Net Pay | 643.32 | 643.32 |
|---|---|---|

Northwest Missouri Oral & Maxillofacial Surgery

## NORTHWEST MISSOURI ORAL AND MAXILLOFACIAL SURGERY

39236

Employee: Cindy L Campbell, 4816 NE County Line Road, St. Joseph, MO 64505
SSN: ***-**-6906   Status (Fed/State): Married/Married, Spouse Works
Pay Period: 04/13/2015 - 04/26/2015
Allowances/Extra: Fed-1/0/MO-1/0
Pay Date: 04/13/2015

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 37:03 | 20.00 | 741.00 | 741.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -26.00 | -26.00 |
| Social Security Employee | -45.94 | -45.94 |
| Medicare Employee | -10.74 | -10.74 |
| MO - Withholding | -15.00 | -15.00 |
| | -97.68 | -97.68 |

Net Pay: 643.32   643.32

**PAYMENT RECORD**

Northwest Missouri Oral & Maxillofacial Surgery
DELUXE CORP  1+800-328-0304  www.deluxeforms.com