# United States Bankruptcy Court
## Western District of Missouri

In re: **David Lynn Campbell / Cindy Lynn Campbell**, Debtor(s)

Case No.
Chapter **13**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 6 MONTHS:**
1. Gross Income For 6 Months Prior to Filing: $ 57,883.00

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**
2. Gross Monthly Income $ 9,647.00

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**
3. Cost of Labor      $ 1,713.00
4. Gas                179.00
5. Supplies           221.00
6. Permits            3,750.00
7. Tools              26.00
8. Liability Insurance 10.00

9. Total Monthly Expenses (Add items 3-8)    $ 5,899.00

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**
10. AVERAGE NET MONTHLY INCOME (Subtract item 2 from item 9)    $ 3,748.00

Date: 7/6/2015

David L. Campbell