# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  DAVID LYNN CAMPBELL
       CINDY LYNN CAMPBELL

                                    Case No.: 15-50275-can-13

**Debtors**

## TRUSTEE'S OBJECTION TO EXEMPTIONS

    Comes now Richard V. Fink, Chapter 13 Trustee, and files this objection to the debtor's exemptions. The debtor filed a Schedule C about July 06, 2015. The Chapter 13 Trustee objects to the claimed exemptions for the following reasons:

    The debtors claim $3,475.00 in exemptions under RSMo § 513.430.1(4). It appears they would be entitled to claim up to $3,000.00 under the cited statute as it has not been shown that Mrs. Campbell uses the items exempted in her profession.

    Wherefore, the Chapter 13 Trustee requests that the Court consider these objections to the debtor's claimed exemptions.

July 29, 2015

                                              Respectfully submitted,

                                              /s/ Richard V. Fink, Trustee

                                              Richard V. Fink, Trustee
                                              2345 Grand Blvd., Ste. 1200
                                              Kansas City, MO 64108-2663
                                              (816) 842-1031

**NOTICE OF OBJECTION**

**Any response to the objection must be filed within twenty-one (21) days of the date of this notice (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006) with the Clerk of the United States Bankruptcy Court.**  Documents can be filed electronically at http://ecf.mowb.uscourts.gov.  A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing.  Parties not represented by an attorney may mail a response to the Court at the address below.  If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing.  If a hearing is to be held, notice of such hearing will be sent to all parties in interest.  **If no response is filed within twenty-one (21) days (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006), the Court may enter an Order granting the objection to exemptions.**  For information about electronic filing, go to http://www.mow.uscourts.gov.  If you have any questions about this document, contact your attorney.

**NOTICE OF SERVICE**

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
NOAH J BRILES ESQ (698) - ATTORNEY FOR DEBTOR(S)

/s/ Richard V. Fink, Trustee

RG    /Objection - Exemptions