# United States Bankruptcy Court
### Western District of Missouri

In re: **David Lynn Campbell / Cindy Lynn Campbell**, Debtor(s)

Case No. **15-50275**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **the 7th day of August, 2015**, a copy of **Notice and order Setting Hearing on Motion to Avoid Lien with creditor, JNP, LLC** was served electronically or by regular United States mail to the Trustee and **JNP LLC, 1802 Union St., St. Joseph, MO 64501; and its representative Matthew T. Geiger, 10000 College Blvd., Suite 100, Overland Park, KS 66210**.

/s/ Noah J. Briles
Noah J. Briles 41473
Noah J. Briles Law Office
918 Francis Street
St. Joseph, MO 64501
816-232-6265 Fax:816-279-4483
nbriles@stjoelive.com